JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
885 N. SAN ANTONIO ROAD, SUITE D
LOS ALTOS, CA  94022
650/559-1985
650/322-6779 fax
jf@jerryfong.com

Attorney for Defendant HECTOR ESTRADA CERVANTES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JUAN LUIS CONTRERAS RODRIGUEZ and HECTOR ESTRADA CERVANTES,<br><br>  Defendants. | CASE NO:  5:20- MJ- 70278<br><br>DEFENDANT HECTOR ESTRADA CERVANTES' APPLICATION FOR COURT ORDER TO DISMISS JERRY FONG AS HIS COUNSEL & TO APPOINT NEW COUNSEL TO REPRESENT HIM<br><br>Date:     September 23, 2021<br>Time:     1:00 p.m.<br>Mag. Judge: Hon. Nathanael Cousins |

I, Jerry Fong, declare:

1.     I am an attorney licensed to practice law before this Court and am the attorney of record for Defendant Hector Cervantes, through the Court's appointment made pursuant to the Criminal Justice Act.

2.     I make this declaration as the application (made at Mr. Cervantes' request) for a court order dismissing or relieving me as the attorney for Mr. Cervantes and appointing a new attorney to represent him in this case.

3.     Currently, Mr. Cervantes is out of custody and residing at a half-way house in San Francisco, CA, and subject to pretrial release conditions.

4.     The case has not yet been indicted.  I am informed and believe that the

Government intends to seek an indictment against Mr. Cervantes shortly.

5. Without disclosing the contents of my conversations with Mr. Cervantes, I can advise the Court that Mr. Cervantes wishes to have his case placed on the Court's calendar so that he can seek the Court's permission to dismiss or relieve me as his counsel and to have the Court appoint new counsel to represent him moving forward.

6. I understand that Mr. Cervantes will address the Court to make known his contentions, bases for his contentions, and his requests. I anticipate that this will be conducted in a closed courtroom (on an *in camera* basis) so that the confidential nature of Mr. Cervantes' statements will be protected as such and not subject to disclosure to the other parties or the general public.

7. Mr. Cervantes will need the assistance of a court certified Spanish interpreter at the hearing.

8. I have advised AUSA Sloan Heffron of this development and the anticipated application/motion.

9. Accordingly, I respectfully request that the Court conduct an *in camera* hearing to permit Mr. Cervantes to set forth his reasons for seeking the relief described above.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on September 20, 2021, in Los Altos, CA.

/S/
JERRY Y. FONG
Defendant HECTOR CERVANTES