UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HECTOR ESTRADA CERVANTES,<br><br>  Defendant. | Case No. 21-cr-00376-VC-2<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 97 |

The stipulated protective order is denied. The parties must change it to make clear that materials cannot automatically be sealed merely because they have been designated as protected under the order. If a party wishes to file a document under seal, they must make a showing in support of that request, in compliance with the local rules.

**IT IS SO ORDERED.**

Dated: October 7, 2022

_____
VINCE CHHABRIA
United States District Judge