UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 13, 2023    **Time in Court:** 26 minutes    **Judge:** VINCE CHHABRIA

**Case No.:** 21-cr-00376-VC-2    **Case Name:** UNITED STATES v. Cervantes

**Attorney for United States of America:** Amani Floyd
**Attorney for Defendant:** Erik Babcock
**Defendant:** [X] PRESENT [] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody [X] Not In Custody

**Deputy Clerk:** Bhavna Sharma         **Court Reporter:** Stephen Franklin
**Interpreter:** Daniel Navarro          **Probation Officer:** Denise Mancia

## PROCEEDINGS

Sentencing Hearing - held.

## RESULT OF HEARING

Court adopted PSR and guideline calculations without change.

Defense provided the Court additional documents re character references for review. Oral arguments made and heard regarding appropriate custodial sentence.

Defendant addressed the Court.

Defendant is committed to the Bureau of Prisons for a term of Time Served, as to Counts 1 and 2, to be served concurrently, followed by 3 years of Supervised Release. Special Assessment fee of $200 imposed. Fine waived. See Judgment for special conditions.

Court granted government's oral Motion to Dismiss Count 3 of the Indictment.